| | |
|---|---|
| 1 | CRABTREE SCHMIDT |
| | Michael R. Dennis (SBN 215970) |
| 2 | 1100 - 4th Street, Suite E, 2nd Floor |
| | Modesto, CA 95354 |
| 3 | Telephone: (209)522-5231 |
| | Facsimile: (209) 526-0632 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | ERIC CRANFORD |
| 6 | |
| | SEYFARTH SHAW LLP |
| 7 | Michael A. Wahlander (SBN 260781) |
| | mwahlander@seyfarth.com |
| 8 | 560 Mission Street, 31st Floor |
| | San Francisco, California 94105 |
| 9 | Telephone: (415) 397-2823 |
| | Facsimile: (415) 397-8549 |
| 10 | |
| | SEYFARTH SHAW LLP |
| 11 | Monica Rodriguez (SBN 299026) |
| | morodriguez@seyfarth.com |
| 12 | 2029 Century Park East, Suite 3500 |
| | Los Angeles, California 90067-3021 |
| 13 | Telephone: (310) 277-7200 |
| | Facsimile: (310) 201-5219 |
| 14 | |
| | Attorneys for Defendant |
| 15 | US FOODS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CRANFORD, | Case No. 3:18-cv-00301-JST |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER** |
| v. | |
| U.S. FOODS, INC. dba U.S. FOODSERVICE, INC., a California Corporation; and DOES 1 through 50, | [Assigned to The Honorable Jon S. Tigar, Courtroom 9 – 19th Floor] |
| Defendants. | Complaint Filed: November 27, 2017<br>Trial Date: September 30, 2019 |

Plaintiff Eric Cranford ("Plaintiff") and Defendant US Foods, Inc. ("Defendant") (collectively "the Parties"), by and through their counsel, and pursuant to ADR L.R. 6-5 and L.R. 7-12, hereby stipulate and jointly request that the Court continue the deadline to complete the mediation in this matter, currently set for October 28, 2018. The basis for the Parties' request is as follows:

1. On March 29, 2018, the Court granted the Parties' stipulation and request for a referral to the Northern District of California's mediation program. (Dkt. No. 15.) The Court set the deadline for completing the mediation as October 28, 2018. (*Id.*)

2. On August 22, 2018, the Court appointed Katherine Clark as mediator. (Dkt. No. 24.)

3. In August of 2018, Defendant's lead counsel, Candice Zee, left Seyfarth Shaw. Defendant has selected a new lead counsel, Michael A. Wahlander. However, due to Mr. Wahlander's need to familiarize himself with the case, the Parties have postponed Plaintiff's deposition. Due to scheduling conflicts, the Parties cannot reschedule it until November 2018, at the earliest. To ensure the mediation is productive, Defendant would like to complete Plaintiff's deposition before commencing the mediation.

4. These developments prohibit the Parties from rescheduling the mediation by October 28, 2018, the current mediation deadline.

5. The Parties have not previously requested a continuance of any deadlines in this case.

6. Given that trial is not set to occur until September 2019, the continuance of the mediation date for this short period will not unduly delay the resolution of this matter. Continuing the mediation date will also not impact any of the other deadlines currently set in this matter.

THEREFORE, the Parties STIPULATE and request as follows:

1. That the Court extend the mediation deadline to December 28, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

| | | |
|---|---|---|
| 1 | DATED: August 28, 2018 | CRABTREE SCHMIDT |
| 2 | | |
| 3 | | By: /s/ Michael R. Dennis |
| 4 | | Michael R. Dennis |
| 5 | DATED: August 28, 2018 | |
| 6 | | SEYFARTH SHAW LLP |
| 7 | | |
| 8 | | By: /s/ Monica Rodriguez |
| | | Michael A. Wahlander |
| 9 | | Monica Rodriguez |
| 10 | | Attorneys for Defendant |
| | | US FOODS, INC. |

I hereby attest that all signatories indicated by a conformed signature (/s/) have concurred in the filing of this document.

/s/ Monica Rodriguez

Monica Rodriguez

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

1. The mediation deadline ~~is~~ in this Action is reset to be completed by December 28, 2018.

DATED: August 29, 2018

*/s/ Jon S. Tigar*
JUDGE JON S. TIGAR